IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EMERGIS TECHNOLOGIES, INC., f/k/a BCE EMERGIS TECHNOLOGIES, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:06-cv-0052 |
| v. | ) ) | JUDGE TRAUGER |
| MIDDLE TENNESSEE ELECTRIC MEMBERSHIP CORPORATION, | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

### MOTION OF MIDDLE TENNESSEE ELECTRIC MEMBERSHIP CORPORATION TO ADMIT COUNSEL IN A PARTICULAR CASE *PRO HAC VICE*

**COMES NOW** W. Brantley Phillips, Jr., counsel for Defendant Middle Tennessee Electric Membership Corporation ("MTEMC"), and respectfully moves this Court pursuant to Local Rule 1(d) for the admission *pro hac vice* of J. Thomas Vitt, Devan Viswanathan Padmanabhan and Bartholomew Bernard Torvik in this action. As support for this Motion, the undersigned states as follows:

1. I am a member in good standing of the bars of the United States District Court for the Middle District of Tennessee and the State of Tennessee.

2. I am one of the attorneys for MTEMC in this case.

3. MTEMC desires to have J. Thomas Vitt, Devan Viswanathan Padmanabhan and Bartholomew Bernard Torvik assist in the preparation and trial of this matter and to join in the representation of it in all related proceedings before this Court.

4. Mr. Vitt is a partner at the law firm Dorsey & Whitney LLP, Suite 1500, 50 South Sixth Street, Minneapolis, Minnesota 55402-1498. Mr. Vitt is a member in good standing of the bar of the State of Minnesota Supreme Court.

5.      Mr. Padmanabhan is a partner at the law firm Dorsey & Whitney LLP, Suite 1500, 50 South Sixth Street, Minneapolis, Minnesota 55402-1498.  Mr. Padmanabhan is a member in good standing of the bar of the State of Minnesota Supreme Court.

6.      Mr. Torvik is a partner at the law firm Dorsey & Whitney LLP, Suite 1500, 50 South Sixth Street, Minneapolis, Minnesota 55402-1498.  Mr. Torvik is a member in good standing of the bar of the State of Minnesota Supreme Court.

7.      Certificates of Good Standing for Messrs. Vitt, Padmanabhan and Torvik have been submitted contemporaneously herewith.

**WHEREFORE**, the undersigned and MTEMC respectfully request the Court to admit J. Thomas Vitt, Devan Viswanathan Padmanabhan and Bartholomew Bernard Torvik *pro hac vice* for the purposes set forth above.

>    Respectfully submitted,
>
>    /s/ W. Brantley Phillips, Jr.
>    J. Richard Lodge, Jr.
>    W. Brantley Phillips, Jr.
>    Bass, Berry & Sims PLC
>    315 Deaderick Street, Suite 2700
>    Nashville, TN 37238-0002
>    (615) 742-6200
>
>    James C. Cope
>    COPE, HUDSON, SCARLETT, REED & MCCREARY
>    16 Public Square North
>    P.O. Box 884
>    Murfreesboro, TN  37133-0884
>    (615) 893-5522
>
>    *Attorneys for Middle Tennessee Electric Membership Corporation*

**Of Counsel:**
Michael A. Lindsay
J. Thomas Vitt
DORSEY & WHITNEY LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 340-2600

## CERTIFICATE OF SERVICE

      I hereby certify that, on June 28, 2006, a true and correct copy of the foregoing was filed electronically with the U.S. District Court for the Middle District of Tennessee. Notice of this filing was served via the court's electronic filing system to all counsel listed on the electronic filing receipt. Parties may access this filing through the court's electronic filing system.

                                         /s/ W. Brantley Phillips, Jr.