# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF TENNESSEE

| | |
|---|---|
| EMERGIS TECHNOLOGIES, INC., f/k/a BCE EMERGIS TECHNOLOGIES, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 3:06-cv-0052 |
| MIDDLE TENNESSEE ELECTRIC MEMBERSHIP CORPORATION | )<br>)<br>) Judge Trauger<br>) Magistrate Judge Knowles |
| Defendant/Third-Party Plaintiff | )<br>) |
| v.<br>NATIONAL INFORMATION SOLUTIONS COOPERATIVE, f/k/a CENTRAL AREA PROCESSING COOPERATIVE; AUTHORIZE.NET CORPORATION; and LIGHTBRIDGE, INC., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Third-Party Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between Third-Party Plaintiff Middle Tennessee Electric Membership Corporation ("MTEMC") and Third-Party Defendants Authorize.Net Corporation and Lightbridge, Inc., that this action, including Third-Party Plaintiff's claims (Docket No. 14) and Third-Party Defendants' Counterclaims (Docket No. 61), be dismissed with prejudice.

It is further stipulated and agreed that each party shall bear its own costs and attorneys fees.

**DATED** this 13th day of April, 2007.

Respectfully submitted,

| For Third-Party Defendants<br>Authorize.Net Corp. and Lightbridge, Inc. | For Third-Party Plaintiff<br>Middle Tennessee Electric Membership Corporation |
|---|---|
| /s/ Michael V. Dowd w/permission by<br><u>W. Brantley Phillips, Jr.</u> | <u>/s/W. Brantley Phillips, Jr.</u> |
| Andrew B. Campbell<br>Wyatt, Tarrant & Combs<br>2525 West End Avenue, Suite 1500<br>Nashville, TN 37203-1423 | J. Richard Lodge, Jr.<br>W. Brantley Phillips, Jr.<br>Bass, Berry & Sims PLC<br>315 Deaderick Street, Suite 2700<br>Nashville, TN 37238-0002<br>(615) 742-6200 |
| Michael V. Dowd<br>Foley Hoag<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2600 | James C. Cope<br>Cope, Hudson, Scarlett, Reed & McCreary PLLC<br>16 Public Square North<br>P.O. Box 884<br>Murfreesboro, TN 37130<br>(615) 893-5522 |
| | J. Thomas Vitt<br>Dorsey & Whitney<br>Suite 1500, 50 South Sixth Street<br>Minneapolis, MN 55402-1498<br>(612) 340-2600 |

# CERTIFICATE OF SERVICE

I hereby certify that, on April 13, 2007, the foregoing was served on the following counsel via first-class U.S. Mail, postage prepaid, and/or the U.S. District Court's electronic filing system:

Jonathan D. Rose
Boult, Cummings, Conners & Berry PLC
1600 Division Street, Suite 700
Nashville, TN 37203-0025

Andrew B. Campbell
Wyatt, Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, TN 37203-1423

Robb S. Harvey
Waller, Lansden, Dortch & Davis
511 Union Street, Suite 2100
Nashville, TN 37219

Joseph Jacobi
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Michael V. Dowd
Foley & Hoag
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600

Michael R. Annis
Blackwell, Sanders, Peper & Martin
720 Olive Street, Suite 2400
St. Louis, MO 63101

/s/ W. Brantley Phillips, Jr.